UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 SEP 13 PM 2:33
CLERK M. ackp
SO. DIST. OF GA.

| | |
|---|---|
| IN RE: | ) Case Nos.: |
| LEAVE OF ABSENCE REQUEST<br>HENRY W. SYMS, JR.<br>October 9, 2019 through October 11, 2019 | ) CR118-042, M. McNatt<br>) CR118-089, T. Thomas<br>) CR119-005, N. Herrington<br>) CR119-017, L. Finley, Jr.<br>) CR119-026, J. Bogans<br>) CR119-028, C. Devore<br>) CR119-038, E. Smith, III<br>) CR119-039, R. Williams<br>) CR119-050, B. Whitehead<br>) CR119-062, T. Comer<br>) CR119-064, D. McFarlin<br>) CR119-075, D. Shanks<br>) CR119-082, M. McNatt<br>) CR119-085, F. Brown<br>) CR119-096, A. Brinson<br>) CR119-101, D. Shanks |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Henry W. Syms, Jr. for the dates of October 9, 2019 through October 11, 2019 for family vacation; same is hereby GRANTED.

This 13th day of September, 2019.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA