# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA | ) |
| | ) |
| V. | ) INDICTMENT NO. CR 119-096 |
| | ) |
| ANTWON DOMINIQUE BRINSON | ) |

## MOTION AND ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses with prejudice the above-referenced Indictment filed against the defendant.

_____
Bobby L. Christine
United States Attorney
Southern District of Georgia

_____
Henry W. Syms, Jr.
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

This 6th day of January, 2020.

_____
J. RANDAL HALL
CHIEF JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA